IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICIA S. MILLER,

    Plaintiff,

vs.                          Case No. 3:07cv442

I.O.O.F. HOME OF OHIO, INC., et al.,    JUDGE WALTER HERBERT RICE

    Defendants.

---

DECISION AND ENTRY DISMISSING CAPTIONED CAUSE FOR
FAILURE TO PROSECUTE; TERMINATION ENTRY

---

Pursuant to the chronology set forth by the Defendant, Teamsters Local Union No. 957, in its Status Report filed June 26, 2012 (Doc. #8) (and attachments thereto), as well as a thorough review of this Court's docket by the undersigned, and, further, noting specifically that Plaintiff's counsel has failed to respond to this Court's request for a status report, filed April 27, 2012 (Doc. #7), the captioned cause is ordered dismissed, without prejudice, for want of prosecution.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 9, 2012

                                            WALTER HERBERT RICE
                                            UNITED STATES DISTRICT JUDGE

-2-

Copies to:

Rebekah S. Neuherz, Esq.
Julie C. Ford, Esq.
I.O.O.F., Defendant
David Taylor, Defendant
Angie Smith, Defendant

-2-